# DOCUMENTS TO BE SEALED

## PLAINTIFF

## -V-

## DEFENDANT

**DOCKET NUMBER:** 19 CV 03117

**DATE FILED:** APR 8 2019

**SIGNED BY:** JUDGE DANIELS

**DATE SIGNED:** APR 8 2019

## TO BE FILED UNDER SEAL:

\_\_\_\_ ENTIRE ACTION

\_\_\_\_ COMPLAINT / PETITION ONLY

__X__ OTHER DOCUMENTS / EXHIBITS

(Filed stamp: U.S. DISTRICT COURT, 2019 APR -8 PM 4:38, S.D. OF N.Y.)